IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Fonda Bostic,** | : | |
| **Plaintiff,** | : | |
| | | Case No. 3:20-cv-00101-TPK |
| vs. | : | |
| **Andrew Saul,** | : | **Magistrate Judge Kemp** |
| **Commissioner of** | | |
| **Social Security,** | : | |
| **Defendant.** | : | |

## ORDER

Plaintiff's unopposed motion for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 (Doc. 18), being adequately supported, is **GRANTED**. Plaintiff is awarded the sum of $3,564.00, to be paid to Plaintiff's counsel as assignee, subject to any offset based on any pre-existing debt owed by Plaintiff to the United States.

 /s/ Terence P. Kemp
**Terence P. Kemp**
**United States Magistrate Judge**